# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2007

131902

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

KIMBERLY ANN ARNONE,
   Defendant-Appellant.

SC: 131902
COA: 271028
Monroe CC: 05-034540-FH

_____/

   On order of the Court, the application for leave to appeal the August 7, 2006 order of the Court of Appeals is considered. We DIRECT the Monroe County Prosecuting Attorney and the Child Support Division of the Office of Attorney General to answer Issue III in the defendant's application for leave to appeal within 21 days after the date of this order. Those answers should address: (1) whether the defendant's contention regarding Issue III of her application is correct; (2) whether the disposition of the Court of Appeals is consistent with that court's disposition in *People v Davis*, Docket No. 269074 (4/25/06); and (3) whether the cases cited in the *Davis* order, *People v Dunbar*, 264 Mich App 240, 256 (2004), and *People v Nowicki*, 213 Mich App 383, 386-388 (1995), were correctly decided.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2007

Clerk

s0327